PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WILLIAMS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company; ABM INDUSTRIES, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:24−CV−03640−AC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND TRANSFER MATTER TO ARBITRATION**<br><br>*(Filed concurrently with Joint Stipulation)* |

**[~~PROPOSED~~] ORDER**

On January 16, 2025, Plaintiff CURTIS WILLIAMS ("Plaintiff") and Defendants ABM INDUSTRY GROUPS, LLC ("ABM, LLC"), and ABM INDUSTRIES, INC. ("ABM, Inc.") (collectively, "Defendants") (Plaintiff and Defendants are herein referred to as "Parties"), by and through their respective counsel of record, filed a Joint Stipulation with this Court to Stay Action and Transfer Matter to Arbitration.

Having considered the Parties' Joint Stipulation, and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.  All causes of action in Plaintiff Curtis Williams' Complaint be submitted to binding arbitration; and

2.  Plaintiff's claims are stayed until completion of the arbitration.

Dated: January 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100